UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-HQ-OAR-2021-0663)
(EPA-R02-OAR-2021-0673)
(EPA-R03-OAR-2021-0872)
(EPA-R03-OAR-2021-0873)
(EPA-R04-OAR-2021-0841)
(EPA-R05-OAR-2022-0006)
(EPA-R06-OAR-2021-0801)
(EPA-R07-OAR-2021-0851)
(EPA-R08-OAR-2022-0315)
(EPA-R09-OAR-2022-0394)
(EPA-R09-OAR-2022-0138)
(FRL-10209-01-OAR)

_____

STATE OF WEST VIRGINIA

      Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

      Respondents

---

This case has been opened in this court.

| Originating Court | Environmental Protection Agency |
|---|---|
| Originating Case Number | EPA-HQ-OAR-2021-0663<br>EPA-R02-OAR-2021-0673<br>EPA-R03-OAR-2021-0872 |

|  | EPA-R03-OAR-2021-0873 |
|  | EPA-R04-OAR-2021-0841 |
|  | EPA-R05-OAR-2022-0006 |
|  | EPA-R06-OAR-2021-0801 |
|  | EPA-R07-OAR-2021-0851 |
|  | EPA-R08-OAR-2022-0315 |
|  | EPA-R09-OAR-2022-0394 |
|  | EPA-R09-OAR-2022-0138 |
|  | FRL-10209-01-OAR |
| Date Petition Filed: | 04/14/2023 |
| Petitioner(s) | State of West Virginia |
| Appellate Case Number | 23-1418 |
| Case Manager | Kirsten Hancock 804-916-2704 |