# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 19, 2023

_____

RESPONSE REQUESTED

_____

No. 23-1418,  <u>State of West Virginia v. EPA</u>

EPA-HQ-OAR-2021-0663, EPA-R02-OAR-2021-0673, EPA-R03-OAR-2021-0872, EPA-R03-OAR-2021-0873, EPA-R04-OAR-2021-0841, EPA-R05-OAR-2022-0006, EPA-R06-OAR-2021-0801, EPA-R07-OAR-2021-0851, EPA-R08-OAR-2022-0315, EPA-R09-OAR-2022-0394, EPA-R09-OAR-2022-0138, FRL-10209-01-OAR

TO: Michael S. Regan
   United States Environmental Protection Agency

**RESPONSE DUE: 07/26/2023**

Response is required to the motion for stay pending appeal on or before 07/26/2023.

Kirsten Hancock, Deputy Clerk
804-916-2704