FILED: August 10, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)

_____

STATE OF WEST VIRGINIA

        Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

        Respondents

-------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB

        Amici Supporting Respondents

_____

O R D E R

_____

Upon consideration of submissions relative to Petitioner's motion for stay pending review and Respondents' motion to transfer or dismiss the petition for review, the court grants an interim stay pending oral argument on the motion to stay and the motion to transfer or dismiss.

Oral argument will be heard on October 27, 2023, in Richmond, Virginia.

For the Court

/s/ Patricia S. Connor, Clerk