FILED: February 27, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)
_____

STATE OF WEST VIRGINIA

      Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

      Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB

      Amici Supporting Respondents

_____

O R D E R
_____

Upon consideration of the joint motion to amend the briefing schedule, the court grants the motion and amends the briefing schedule as follows:

    FRAP 30(c) page-proof opening brief & service of appendix designations due: 02/27/2024

    FRAP 30(c) page-proof response brief & service of additional designations

due: 04/29/2024

Joint appendix due: 05/29/2024

Opening brief, response brief, and any reply brief in final form due: 06/05/2024.

                                             For the Court--By Direction

                                             /s/ Nwamaka Anowi, Clerk