FILED: April 16, 2024

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————

No. 23-1418
(EPA-R03-OAR-2021-0873)

———————————

STATE OF WEST VIRGINIA

      Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL
S. REGAN, Administrator, United States Environmental Protection Agency

      Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB

      Amici Supporting Respondents

———————————

O R D E R

———————————

Respondent United States Environmental Protection Agency ("EPA") has
filed a petition for rehearing en banc of this Court's January 10, 2024, opinion
denying EPA's motion to transfer or dismiss this appeal. A petition for rehearing

may not be filed prior to entry of judgment. *See* Fed. R. App. P. 40(a)(1).

Accordingly, EPA's petition is denied as premature.

For the Court

/s/ Nwamaka Anowi, Clerk