UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 5, 2024

_____

DOCKET CORRECTION NOTICE
_____

No. 23-1418, State of West Virginia v. EPA
EPA-R03-OAR-2021-0873

TO: Michael S. Regan
United States Environmental Protection Agency

**FILING CORRECTION DUE: June 10, 2024**

Please make the correction identified below and file a corrected document by the date indicated.

[✔] Incorrect event used. Please refile document using the event BRIEF with the type of brief as RESPONSE.

Kirsten Hancock, Deputy Clerk
804-916-2704