23-1418

William Tong
OFFICE OF THE ATTORNEY GENERAL OF CONNECTICUT
55 Elm Street
P. O. Box 120
Hartford, CT 06141-0120

RECEIVED
2024 MAY 29 A 11: 35
U.S. COURT OF APPEALS
FOURTH CIRCUIT

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT
1100 East Main Street, Suite 501, Richmond, Virginia 23219

May 8, 2024

DOCKETING FORMS
FOLLOW-UP NOTICE

No. 23-1418,  State of West Virginia v. EPA
EPA-R03-OAR-2021-0873

TO:   Wisconsin
      Massachusetts
      Illinois
      New Jersey
      New York
      Harris County, Texas
      District of Columbia
      Pennsylvania
      Connecticut
      Maryland
      City of New York

**REQUESTED FORM DUE: May 13, 2024**

The form(s) identified below must be filed in the clerk's office electronically by the due date shown. The forms are available for completion as links from this notice and at the court's Web site.

[✔] Appearance of counsel [eFiler status required]

Kirsten Hancock, Deputy Clerk
804-916-2704

FILED: May 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1418
(EPA-R03-OAR-2021-0873)

STATE OF WEST VIRGINIA

        Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

        Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND

        Amici Supporting Respondent

O R D E R

**Appalachian Mountain Club, Sierra Club, and Environmental Defense Fund** have filed an amicus curiae brief with the consent of the parties.

The court accepts the brief for filing.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk

FILED: May 8, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 23-1418
(EPA-R03-OAR-2021-0873)

STATE OF WEST VIRGINIA

          Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

          Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

          Amici Supporting Respondent

ORDER

**New York, Connecticut, Illinois, Maryland, Massachusetts, New Jersey, Pennsylvania, Wisconsin, District of Columbia, Harris County, Texas and**

**City of New York** have filed an amicus curiae brief.

The court accepts the brief for filing.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk

NIXIE        061    4C 1          02/05/24

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 23219351799            0069N145142-01046

RECEIVED
U.S. MARSHALS




US POSTAGE ᴾᴮ PITNEY BOWES
ZIP 23219 $ 001.63⁰
02 4W
0000336182 MAY 10 2024

**CLERK'S OFFICE**
**U.S. COURT OF APPEALS**
FOR THE FOURTH CIRCUIT
1100 E. MAIN STREET, SUITE 501
RICHMOND, VIRGINIA 23219

**OFFICIAL BUSINESS**

USCA4 Appeal: 23-1418   Doc: 85   Filed: 06/03/2024   Pg: 7 of 7

TO: