# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 10, 2024

_____

DOCKET CORRECTION NOTICE

_____

No. 23-1418,   <u>State of West Virginia v. EPA</u>
               EPA-R03-OAR-2021-0873

TO:   Michael S. Regan
      United States Environmental Protection Agency

**RESPONSE BRIEF CORRECTION DUE:  June 17, 2024**

Please make the correction identified below and file a corrected document by the due date indicated. Use the **BRIEF** entry and select "Corrected" as a modifier if corrections require the refiling of the electronic brief.

[✔] Page-proof should be removed from the (final) response brief cover. Please correct and refile.

Kirsten Hancock, Deputy Clerk
804-916-2704