## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

June 14, 2024

_____

RESPONSE REQUESTED - SIMILAR CASES

_____

No. 23-1418,     State of West Virginia v. EPA
                 EPA-R03-OAR-2021-0873

TO:   Environmental Defense Fund
      Wisconsin
      Massachusetts
      Illinois
      Michael S. Regan
      New York
      Harris County, Texas
      United States Environmental Protection Agency
      Maryland
      Sierra Club
      City of New York
      State of West Virginia
      New Jersey
      Appalachian Mountain Club
      District of Columbia
      Pennsylvania
      Connecticut

**RESPONSE DUE: 06/17/2024**

Response is required to the notice requesting information regarding similar cases on or before 06/17/2024. **Please use the following form to submit response:** Response - Similar Cases**, using the event: RESPONSE/ANSWER (to Similar Case notice).**

Kirsten Hancock, Deputy Clerk
804-916-2704