# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# RESPONSE – SIMILAR CASES

Appeal No. & Caption: 23-1418, State of West Virginia v. U.S. EPA

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Oklahoma et al. v. EPA, Nos. 23-1067, 23-1068 (S. Ct.) (petitions for writ of certiorari seeking review of Tenth Circuit's order transferring to the D.C. Circuit pursuant to Clean Air Act Section 307(b)(1) petitions challenging SIP Disapproval Rule). EPA v. Calumet Shreveport Refining, L.L.C., et al., No. 23-1229, 23-1230 (S. Ct.) (petitions for writ of certiorari seeking review of Fifth Circuit's order declining to transfer to the D.C. Circuit pursuant to Clean Air Act Section 307(b)(1) petitions challenging EPA's denial of the Clean Air Act's Renewable Fuel Standard program exemptions).

Signature: /s/ Alexandra L. St. Romain    Counsel for: U.S. EPA and Michael S. Regan

Date: 06/17/2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)