UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: West Virginia v. EPA, No. 23-1418

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Four petitions for certiorari pending in the U.S. Supreme Court raise the similar issue of whether, under the Clean Air Act, a petition for review of a regulation that is either "nationally applicable" or "based on a determination of nationwide scope or effect" must be filed in the D.C. Circuit. See 42 U.S.C. § 7607(b)(1). The petitions are: Oklahoma v. EPA, No. 23-1067; PacifiCorp v. EPA, No. 23-1068; EPA v. Calumet Shreveport Refining, LLC, No. 23-1229; and Growth Energy v. Calumet Shreveport Refining, LLC, No. 23-1230.

Signature: /s/ Elizabeth Brody    Counsel for: State and Local Amici

Date: 6/17/2024

**File using event:** RESPONSE/ANSWER (to Similar Case notice)