UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
RESPONSE – SIMILAR CASES

Appeal No. & Caption: West Virginia v. EPA, No. 23-1418

Please select the appropriate option below:

☐ I am not aware of any cases pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case.

☑ I am aware of the following case(s) pending in the United States Court of Appeals for the Fourth Circuit or the Supreme Court of the United States raising issues similar to those raised by the instant case. (Please include a concise description of the similar issues):

> Oklahoma v. EPA, No. 23-1067 (S. Ct.)--venue under Clean Air Act
> PacifiCorp v. EPA, No. 23-1068 (S. Ct.)--same
> EPA v. Calumet Shreveport Refining, No. 23-1229 (S. Ct.)--same
> Growth Energy v. Calumet Shreveport Refining, No. 23-1230 (S. Ct.)--same

Signature: /s/Seth L. Johnson      Counsel for: Appalachian Mountain Club & Sie[rra Club]
(and on behalf of Environmental Defense Fund)

Date: 6/17/2024

**File using event: RESPONSE/ANSWER (to Similar Case notice)**