# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

STATE OF WEST VIRGINIA,

    Petitioner,                                    Case No. 23-1418

    v.

UNITED STATES ENVIRONMENTAL
PROTECTION AGENCY, *et al.,*

    Respondents.

## **NOTICE OF WITHDRAWAL OF COUNSEL**

Lindsay S. See will be ending her employment with the State of West Virginia, and hereby withdraws her appearance as counsel for the State of West Virginia in the above-captioned case. The State of West Virginia will continue to be represented by Solicitor General Michael R. Williams.

                                                                     Respectfully submitted,

                                                              */s/ Lindsay S. See*
                                                              Lindsay S. See
                                                              West Virginia Attorney General's Office
                                                              1900 Kanawha Blvd. E, Bldg 1 Rm 26E
                                                             Charleston, WV 25305
                                                              (304) 558-2021
                                                              Lindsay.S.See@wvago.gov
                                                             *Counsel for Petitioner*
                                                             *State of West Virginia*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Withdrawal was filed with the Clerk of the Court using the CM/ECF system, which will send notification of said filing to the attorneys of record, who are required to have registered with the Court's CM/ECF system.

                                            */s/ Lindsay S. See*
                                            Lindsay S. See
                                              *Counsel for State of West Virginia*