UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)
_____

STATE OF WEST VIRGINIA

      Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

      Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

      Amici Supporting Respondent

_____

O R D E R
_____

Upon consideration of the notice of withdrawal of counsel, the court construes the notice as a motion to withdraw from further representation on appeal

and grants the motion.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk