FILED: September 26, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)
_____

STATE OF WEST VIRGINIA

        Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; MICHAEL S. REGAN, Administrator, United States Environmental Protection Agency

        Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

        Amici Supporting Respondents

_____

O R D E R
_____

Upon consideration of the submissions relative to amici curiae the States of

New York, Connecticut, Illinois, Maryland, Massachusetts, New Jersey, Pennsylvania and Wisconsin; the District of Columbia; Harris County, Texas; and the City of New York's motion to participate in oral argument and enlarge time for oral argument, the court grants the motion to participate in oral argument on time ceded by EPA and denies the motion to enlarge time for argument.

                For the Court

                /s/ Nwamaka Anowi, Clerk