FILED: March 17, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)

_____

STATE OF WEST VIRGINIA

       Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, Administrator, United States Environmental Protection Agency

       Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

       Amici Supporting Respondents

_____

O R D E R

_____

The court substitutes Lee M. Zeldin for Michael S. Regan as a party to this proceeding.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk