FILED: September 15, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1418
(EPA-R03-OAR-2021-0873)

_____

STATE OF WEST VIRGINIA

        Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, Administrator, United States Environmental Protection Agency

        Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

        Amici Supporting Respondents

_____

O R D E R

_____

Upon consideration of respondents' unopposed motion for abeyance, the court

grants the motion and places this case in abeyance for 120 days. The EPA shall file a motion to govern proceedings no later than January 13, 2026.

>                           For the Court
>
>                           /s/ Nwamaka Anowi, Clerk