FILED: September 15, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 23-1418
(EPA-R03-OAR-2021-0873)

---

STATE OF WEST VIRGINIA

Petitioner

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; LEE M. ZELDIN, Administrator, United States Environmental Protection Agency

Respondents

------------------------------

APPALACHIAN MOUNTAIN CLUB; SIERRA CLUB; ENVIRONMENTAL DEFENSE FUND; NEW YORK; CONNECTICUT; ILLINOIS; MARYLAND; MASSACHUSETTS; NEW JERSEY; PENNSYLVANIA; WISCONSIN; DISTRICT OF COLUMBIA; HARRIS COUNTY, TEXAS; CITY OF NEW YORK

Amici Supporting Respondents

---

O R D E R

---

The court grants the motions to withdraw from further representation on appeal.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk